IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Abdul Muhammad, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv379 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Adam Salyers, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 27, 2015 a Report and Recommendation (Doc. 37). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 42).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that defendants' motion for summary judgment (Doc. 33) is **DENIED.**

**IT IS SO ORDERED.**

    ___s/Susan J. Dlott_____
    **Judge Susan J. Dlott**
    **United States District Court**